DAN G. JUDGE, Appellant, *v.* STATE OF NEW YORK, Respondent.
(Claim No. 25218.)

Submitted October 16, 1942; decided November 25, 1942.

*Samuel Wetschler* for appellant.

*John J. Bennett, Jr., Attorney-General* (*James H. Glavin, Jr.*, of counsel), and *Jesse C. Millard* and *Theodore V. Zavatt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.